PEOPLE ex rel. LONG ISLAND R. CO. v. STATE BOARD OF TAX COM'RS. (Supreme Court, Appellate Division, Third Department. November 23, 1900.) Proceedings by the people of the state of New York, on the relation of the Long Island Railroad Com-

pany, against the state board of tax commissioners. No opinion. Order granted. Appeal dismissed.